## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

STATE OF DELAWARE,           )
                             )
    v.                       )        ID No.      2308002805
                             )
KEENAN DAVIS,                )
                             )
    Defendant.               )

## ORDER

On this 28th day of May, 2024, upon consideration of Defendant Keenan Davis's ("Defendant") *pro se* Motion for Credit for Time Previously Served (the "Motion"),[1] the sentence imposed upon Defendant, and the record in this case, it appears to the Court that:

1. On January 2, 2024, Defendant pled guilty to Driving Under the Influence of Alcohol, Reckless Driving, and Menacing. On January 8, 2024, the Court sentenced him to (1) Driving Under the Influence of Alcohol, two years of Level V supervision, suspended after three months for one year of Level III supervision; (2) Reckless Driving, thirty days of Level V supervision, suspended for one year of Level III supervision; and (3) Menacing, thirty days of Level V supervision, suspended for one year of Level III supervision.[2]

---

[1] D.I. 5. Defendant sent a letter to this Court to request credit for time previously served. The Court interprets this letter as the Motion.
[2] D.I. 4.

2. On January 30, 2024, Defendant filed the instant Motion, in which he asks the Court to credit time previously served to his sentence in this case. He asserts that he has not received credit for two periods of incarceration. First, Defendant states that he turned himself in on December 18, 2023 at 9:00 a.m., spent the day in custody at the Howard R. Young Correctional Institution, and then was released in the evening. Second, he states that, around that same date, he was arrested in the evening, placed in custody, and then released the next morning at 5:30 a.m.[3]

3. The factual record contradicts Defendant's assertion that he is entitled to credit time in this case. Upon a request for information, the Delaware Department of Correction emailed the Court that Defendant has never been incarcerated in this case. In a separate case, ID No. 2209012249, Defendant was held as intoxicated on September 25, 2022, was monitored by pretrial services from May 1, 2023, until he was sentenced to three months of unsuspended Level V supervision on January 8, 2024, and was subsequently released to probation on March 30, 2024. Hence, Defendant is not entitled to the credit time described in the Motion.

4. For the foregoing reasons, Defendant's Motion is **DENIED.**

**IT IS SO ORDERED.**

_____
Sheldon K. Rennie, Judge

---

[3] D.I. 5.

2